# LAW OFFICES OF RICHARD B. MAZER

99 DIVISADERO STREET
SAN FRANCISCO, CALIFORNIA 94117
TELEPHONE (415) 621-4100
FAX (415) 621-4111

February 1, 2007

Honorable Judge James Larson
450 Golden Gate Ave.
Courtroom F, 15th Floor
San Francisco, CA 94102

RE: United States v. Earl Nelson
Case Number: CR-05-00208-CRB

Dear Judge Larson:

    I am writing to confirm that the settlement conference for my client Earl Nelson is scheduled for February 15, 2007 at 2pm in your courtroom. I have informed Michael Wood, the lead prosecutor, of the date and time of the settlement conference and it is agreeable to him.

    Please contact me if you have any questions concerning this matter.

Very truly yours,

Richard B. Mazer

cc: Michael Wood

---

**IT IS SO ORDERED**

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA